IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRIAN BEATTIE, ANGIE BEATTIE, on behalf of their Minor Daughter, A.B. | : : : : : | Civ. No. 4:13-CV-02655 |
| | : | (Judge Brann) |
| Plaintiffs, | : : : | |
| v. | : : | |
| LINE MOUNTAIN SCHOOL DISTRICT | : : : | |
| Defendant. | : | |

**ORDER**

November 20, 2013

In accordance with the reasoning in the memorandum of this same date, **IT IS HEREBY ORDERED THAT:** Movant Pennsylvania Wrestling Club, Inc.'s motion to intervene in the lawsuit (ECF No. 15) is DENIED.

BY THE COURT:

/s Matthew W. Brann
Matthew W. Brann
United States District Judge