IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRIAN and ANGIE BEATTIE, on behalf of their minor daughter, A.B., | : : : : | Case No. 4:13-cv-02655 |
| Plaintiffs | : : | (Judge Brann) |
| v. | : : : | |
| LINE MOUNTAIN SCHOOL DISTRICT, | : : : | |
| Defendant. | : | |

**ORDER**
January 13, 2014

AND NOW, this 13th day of January 2014, upon consideration of the Plaintiffs's Motion for a Preliminary Injunction (ECF No. 5), and for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

1. The Motion for a Preliminary Injunction (ECF No. 5) is GRANTED.

2. The Defendant, Line Mountain School District and its officers, agents, servants, employees, and attorneys, and all those who are in active concert or participation with them, who receive actual notice of this injunction by personal service or otherwise are preliminarily ENJOINED from taking any action that would interfere with A.B.'s

efforts to participate on the Line Mountain wrestling team on the same terms as males.

3. Plaintiff shall not be required to give security, because compliance with this Order raises no risk of monetary loss to the Defendant.

BY THE COURT:

*Matthew W. Brann*
Matthew W. Brann
United States District Judge