IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRIAN and ANGIE BEATTIE, on behalf of their minor daughter, A.B., | : : : : | Case No. 4:13-cv-02655 |
| Plaintiffs | : : | (Judge Brann) |
| v. | : : | |
| LINE MOUNTAIN SCHOOL DISTRICT, | : : : | |
| Defendant. | : | |

**ORDER**

July 10, 2014

AND NOW, therefore, in accordance with the Memorandum of this same date, **IT IS HEREBY ORDERED THAT** the Plaintiffs' Motion for Attorney Fees (ECF No. 47) is GRANTED, and Defendant must pay attorneys fees and costs to the following parties in the following amounts:

1. To Flaster Greenberg PC, Defendants must pay $47,882.50 in attorneys fees and $1,198.28 in costs, for a total amount of $49,080.78.

2. To the Women's Law Project, Defendant must pay $21,530 in attorneys fees and $338.11 in costs, for a total amount of $21,868.11.

BY THE COURT:

s/ Matthew W. Brann
Matthew W. Brann
United States District Judge